# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number** 09−37820−KRH
**Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Sean P Pearce
2919 Irisdale Avenue
Richmond, VA 23228

Jennifer M Pearce
fka Jennifer Diane Miles
2919 Irisdale Avenue
Richmond, VA 23228

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−3870         Joint Debtor: xxx−xx−6787

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: NA         Joint Debtor: NA

## ORDER DENYING CONFIRMATION
## AND DIRECTING CLERK TO DISMISS CASE IF
## CONDITIONS OF LOCAL BANKRUPTCY RULE 3015−2 ARE NOT MET

Upon proper notice and a hearing on objection(s) to the Chapter 13 plan; it is, therefore

**ORDERED** that confirmation of the debtor's plan filed July 22, 2011, is denied; and it is further

**ORDERED** that unless the Court has entered an order previously confirming a Chapter 13 Plan, the Clerk of Court is directed to dismiss the Chapter 13 case unless, within twenty one (21) days from this Order, the debtor takes one of the actions enumerated in Local Bankruptcy Rule 3015−2; and it is further

**ORDERED** that the Clerk mail a copy of this order to the debtor(s), the attorney for the debtor(s), the attorney for the objecting creditor(s), and the Chapter 13 Trustee.

Date: November 2, 2011         /s/ Kevin R. Huennekens
United States Bankruptcy Judge

[odenyconvDec2009]

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:
Date: November 2, 2011

United States Bankruptcy Court
Eastern District of Virginia

In re:
Sean P Pearce
Jennifer M Pearce
    Debtors

Case No. 09-37820-KRH
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0422-7     User: jafarbayj     Page 1 of 1     Date Rcvd: Nov 02, 2011
                     Form ID: odenycon    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2011.
db/jdb     +Sean P Pearce,    Jennifer M Pearce,    2919 Irisdale Avenue,    Richmond, VA 23228-5819

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 04, 2011**          **Signature:** _Joseph Speetjens_